## EASTERN OREGON LAND CO. v. WILCOX.

### SAME v. MESSINGER.

(Circuit Court of Appeals, Ninth Circuit. February 23, 1897.)

PUBLIC LANDS—FORFEITURE OF RAILROAD GRANTS.

The decision in Oregon & C. R. Co. v. U. S., 23 C. C. A. 15, 77 Fed. 67, as to the effect of the forfeiture of unearned railroad grants declared by the act of September 29, 1890 (26 Stat. 496), and as to the effect of the acts of the Northern Pacific Railroad Company in regard to the withdrawal of lands within the limits of the grant to it, followed and reaffirmed.

Appeal from the Circuit Court of the United States for the District of Oregon.

Dolph, Nixon & Dolph, for appellant.
John M. Gearin and J. L. Story, for appellees.

Before ROSS, Circuit Judge, and HAWLEY and MORROW, District Judges.

HAWLEY, District Judge. Both of these cases present the identical questions that were involved in the case of Oregon & C. R. Co. v. U. S., 23 C. C. A. 15, 77 Fed. 67, and are necessarily controlled by the decision in that case. We adhere to the views therein expressed, and upon the authority of that case the judgments and decrees in these cases are reversed, with instructions to the circuit court to enter a decree in favor of the complainant in each case.